IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IRVING WALKER, TRUSTEE | * | |
| | * | |
| v. | * | Civil No. JFM-02-2768 |
| | * | |
| ELIZABETH G. WEESE, ET AL. | * | |
| | * | |

*****

ORDER

For the reasons stated in the accompanying memorandum, it is, this 19th day of November 2002

ORDERED that

1. Defendants' motion for withdrawal of the reference to the bankruptcy court is denied; and

2. This case is remanded to the United States Bankruptcy Court for the District of Maryland.

_____
J. Frederick Motz
United States District Judge